```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 00439
   HERMAE JOHNSON
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2855

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 01/10/2007 and was not confirmed.

   The case was dismissed without confirmation 05/02/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

LITTON LOAN SERVICING    CURRENT MORTG         .00           .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE    15000.00           .00            .00
CAPITAL ONE BANK         UNSECURED        NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED         1895.09           .00            .00
CALVARY PORTFOLIO SVCS   UNSECURED        NOT FILED          .00            .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED          .00            .00
CONSECO FINANCE          UNSECURED        NOT FILED          .00            .00
CONSECO FINANCE          UNSECURED        NOT FILED          .00            .00
FINGERHUT CREDIT ADVANTA UNSECURED          573.61           .00            .00
AT&T WIRELESS            UNSECURED          654.48           .00            .00
FIRST USA BANK NA        UNSECURED        NOT FILED          .00            .00
GMAC                     UNSECURED        NOT FILED          .00            .00
GEMB GECRD               UNSECURED        NOT FILED          .00            .00
GEMB GECRD               UNSECURED        NOT FILED          .00            .00
HEILIG MYERS             UNSECURED        NOT FILED          .00            .00
JAMES F MESSENGER        UNSECURED        NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED        NOT FILED          .00            .00
LEASECOMM CORP           UNSECURED        NOT FILED          .00            .00
NATIONWIDE ACCEPTANCE~   UNSECURED        NOT FILED          .00            .00
NICOR GAS                UNSECURED        NOT FILED          .00            .00
PALISADES COLLECTIONS    UNSECURED        NOT FILED          .00            .00
PALISADES COLLECTIONS    UNSECURED        NOT FILED          .00            .00
RJM AQUISITIONS FUNDING  UNSECURED        NOT FILED          .00            .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED          .00            .00
WFNNB - AVENUE           UNSECURED        NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC UNSECURED         1504.46           .00            .00
ROBERT V SCHALLER ^      DEBTOR ATTY       394.00                        369.57
TOM VAUGHN               TRUSTEE                                          24.43
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   394.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 00439 HERMAE JOHNSON
```

```
PRIORITY                                                             .00
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                    369.57
TRUSTEE COMPENSATION                                               24.43
DEBTOR REFUND                                                        .00
                                         ---------------   ---------------
TOTALS                                            394.00            394.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 04/04/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```